# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | |
| **MAXWELL MORGAN,** | : | **VIOLATION:** |
| Defendant. | : | **18 U.S.C. § 2252(a)(2)** |
| | : | **(Receipt of Child Pornography)** |

## INFORMATION

The United States Attorney charges that:

### Count One

On or about January 22, 2018, the defendant, MAXWELL MORGAN, did knowingly receive any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

By:     ___/s/ *Lindsay Suttenberg*_____
Lindsay Suttenberg
Assistant United States Attorney
D.C. Bar No. 978513
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017
Lindsay.Suttenberg@usdoj.gov