## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 21-CR-00018 DLF** |
| : | |
| **v.** : | |
| : | |
| **MAXWELL MORGAN,** : | |
| **Defendant.** : | |

### JOINT NOTICE OF RESTITUTION AGREEMENTS

The United States of America, by and through its attorney, the United States for the District of Columbia, and the defendant, Maxwell Morgan, by and through his attorney, Mr. Stuart Sears, files this Joint Notice of Restitution Agreements in connection with the government's Joint Motion to Exclude Time Under The Speedy Trial Act (ECF #3). The defendant has agreed to the following restitution for the series identified below:

(1) "Aprilblonde:" $2,500

(2) "Jen_Feb:" $2,000

(3) "Jenny:" $2,500

(4) "Vicky:" $2,000

(5) "Marineland1:" $2,000

(6) "Tara:" $2,500

The defendant has provided the above restitution amounts directly to the victims through their lawyers, with the exception of the victim in the "Tara" series. The defendant sent a check in the amount of $2,500 to the Clerk's Office for disbursement.

Accordingly, due to the defendant's payment of restitution to the victims in the above

1

identified series, the defendant has satisfied his condition in the Deferred Prosecution Agreement that requires him to pay restitution to any identifiable victims who have requested restitution pursuant to 18 U.S.C. Section 3663A (see Deferred Prosecution Agreement, Paragraph 5(c)).

        Respectfully submitted,

        MICHAEL R. SHERWIN
            UNITED STATES ATTORNEY

    ____/s/_____
    Lindsay Suttenberg
    Assistant United States Attorney
    D.C. Bar 978513
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-7017
    Lindsay.Suttenberg@usdoj.gov

    BY: _____/s/_____
    Stuart Sears, Esq.
    Counsel for Defendant Morgan
    D.C. Bar 977144
    Schertler Onorato Mead & Sears
    901 New York Ave., NW
    Suite 500 West
    Washington, D.C. 20001
    Ph: 202-628-4199
    Fax: 202-628-4177
    Ssears@schertlerlaw.com