UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | NO. 21CR00018 (DLF) |
| | : | |
| v. | : | |
| | : | |
| **MAXWELL MORGAN** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through undersigned counsel, hereby moves to dismiss with prejudice the criminal information filed in the above-captioned case against defendant Maxwell Morgan. As grounds therefore, the United States states as follows:

On January 19, 2021, the United States filed an Information charging the defendant with one count of Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and a Deferred Prosecution Agreement ("DPA") in which the defendant accepted responsibility for his conduct, agreed to abide by all conditions imposed by Pretrial Services or Probation, and to pay restitution to identifiable victims, among other provisions. The term of the DPA was ten (10) years from the filing date. ECF Nos. 1 and 2.

On March 16, 2021, the United States filed a modification to the DPA ("Modified DPA"). In lieu of Pretrial Services Agency, the defendant was monitored by Texas Community Supervision Alternatives. In addition, the original term of the DPA was modified from ten (10) years to 18 months from the date the Modified DPA was filed in Court. ECF No. 7.

The United States has determined that the defendant has complied with all of his obligations under the DPA and Modified DPA, and that dismissal with prejudice of the Information is therefore appropriate.

WHEREFORE, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court, the United States hereby moves to dismiss with prejudice the Information.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA

BY: ___/s/ *Lindsay Suttenberg*_____
Lindsay Suttenberg
Assistant United States Attorney